NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JANSSEN PHARMACEUTICALS, INC.** AND
**JOHNSON & JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, LLC,**
*Plaintiffs-Appellees,*

v.

**WATSON LABORATORIES, INC.** AND **SANDOZ,
INC.,**
*Defendants,*

AND

**LUPIN PHARMACEUTICALS, INC.** AND **LUPIN
LTD.,**
*Defendants-Appellants.*

---

2012-1693

---

Appeal from the United States District Court for the District of New Jersey in consolidated case no. 08-CV-5103, Judge Stanley R. Chesler.

---

ON MOTION

---

ORDER

Lupin Pharmaceuticals, Inc. et al. (Lupin) moves to expedite the appeal, briefing, and oral argument. Lupin states that Janssen Pharmaceuticals, Inc. et al. (Janssen) oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the following extent: Lupin's opening brief is due no later than October 26, 2012; Janssen's brief is due no later than November 30, 2012; Lupin's reply brief and the joint appendix are due no later than December 10, 2012. No extensions of time should be anticipated. Oral argument will be scheduled by subsequent order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s8